Same case below, 613 F.3d 11.

No. 10-515. Sarah Hatam Peterson, Petitioner v. United States.

562 U.S. 1045, 131 S. Ct. 617, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8815.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 607 F.3d 975.

No. 10-5022. Robin Neil Snyder, Petitioner v. United States.

562 U.S. 1045, 131 S. Ct. 595, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8835.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 365 Fed. Appx. 508.

No. 10-5287. Betty Carolyn Smithey, Petitioner v. Arizona.

562 U.S. 1045, 131 S. Ct. 596, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8827.

November 15, 2010. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.

No. 10-5432. John McCord, et ux., Petitioners v. Alabama.

562 U.S. 1045, 131 S. Ct. 596, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8954.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 590.

No. 10-5625. James E. Dailey, Petitioner v. Mike Martel, Warden.

562 U.S. 1045, 131 S. Ct. 596, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8956.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 782.

No. 10-5720. Debra Robertson, Petitioner v. Cree, Incorporated.

562 U.S. 1045, 131 S. Ct. 597, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8873.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 307.

No. 10-5867. Elizabeth A. Chan, Petitioner v. Department of Justice.

562 U.S. 1045, 131 S. Ct. 597, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 8819.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 368 Fed. Appx. 143.